B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Slaughter, Edward Byron** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA E. B. Slaughter; AKA Byron Slaughter; DBA The Purks Building** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3197** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**330 West Avenue**<br>**Cedartown, GA**<br>ZIP Code **30125** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Polk** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):  **various** | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7  ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9       of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12  ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13       of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Slaughter, Edward Byron |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:    - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> see attached | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____
         (Name of landlord that obtained judgment)

         _____
         (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)      Page 3

| **Voluntary Petition** | Name of Debtor(s): **Slaughter, Edward Byron** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **X** /s/ Edward Byron Slaughter<br>Signature of Debtor **Edward Byron Slaughter**<br><br>**X**<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>**October 5, 2013**<br>Date | **X**<br>Signature of Foreign Representative<br><br>Printed Name of Foreign Representative<br><br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X** /s/ Paul Reece Marr GA Bar #<br>Signature of Attorney for Debtor(s)<br><br>**Paul Reece Marr GA Bar # 471230**<br>Printed Name of Attorney for Debtor(s)<br><br>**Paul Reece Marr, P.C.**<br>Firm Name<br><br>**Suite 960**<br>**300 Galleria Parkway, N.W.**<br>**Atlanta, GA 30339**<br>Address<br><br>Email: paul@paulmarr.com<br>**(770) 984-2255**<br>Telephone Number<br><br>**October 5, 2013**<br>Date<br><br>*\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>Address<br><br>**X**<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X**<br>Signature of Authorized Individual<br><br>Printed Name of Authorized Individual<br><br>Title of Authorized Individual<br><br>Date | |

Attachment to Bankruptcy Petition

Pending Bankruptcy Case Filed by an Affiliate of this Debtor:

1. Cedartown North Partnership, LLC
   Case number: 12-41031-mgd
   Filed: April 2, 2012
   MDGA, Rome Division
   Relationship: wholly owned by the debtor

2. E. Byron Slaughter, LLC
   Filed: October 5, 2013
   MDGA, Rome Division
   Relationship: wholly owned by the debtor

3. Apex Locators, LLC
   Filed: October 5, 2013
   MDGA, Rome Division
   Relationship: wholly owned by the debtor

4. Chapel Heights, LLC
   Filed: October 5, 2013
   MDGA, Rome Division
   Relationship: wholly owned by the debtor

5. Rolling Hills Plaza, LLC
   Filed: October 5, 2013
   MDGA, Rome Division
   Relationship: wholly owned by the debtor

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re   **Edward Byron Slaughter**                                  Case No.
                                    Debtor(s)                       Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Edward Byron Slaughter**
**Edward Byron Slaughter**

Date:  **October 5, 2013**

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re  **Edward Byron Slaughter**　　　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter　　**11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **2010-1 CRE Venture, LLC**<br>**Attn: Manager**<br>**2450 Broadway, 6th Floor**<br>**Santa Monica, CA 90404** | **2010-1 CRE Venture, LLC**<br>**Attn: Manager**<br>**2450 Broadway, 6th Floor**<br>**Santa Monica, CA 90404** | **personal guaranty of corporate mortgage indebtedness** | **Contingent** | 3,146,562.15 |
| **Rialto Capital**<br>**Attn: Andrew Bezila**<br>**750 Hammond Dr; Bldg 6 Ste 300**<br>**Atlanta, GA 30328** | **Rialto Capital**<br>**Attn: Andrew Bezila**<br>**750 Hammond Dr; Bldg 6 Ste 300**<br>**Atlanta, GA 30328** | **personal guaranty of corporate mortgage indebtedness** | **Contingent** | 2,829,305.53 |
| **Generations Bank**<br>**Dick Lee, Chief Credit Officer**<br>**925 Sharit Avenue, Suite 213**<br>**Gardendale, AL 35071** | **Generations Bank**<br>**Dick Lee, Chief Credit Officer**<br>**925 Sharit Avenue, Suite 213**<br>**Gardendale, AL 35071** | **personal guaranty of corporate mortgage indebtedness** | **Contingent** | 1,500,000.00 |
| **PNC Bank, N.A.**<br>**Colby B. Cleavenger**<br>**75 Fifth Street NW; Suite 900**<br>**Atlanta, GA 30308** | **PNC Bank, N.A.**<br>**Colby B. Cleavenger**<br>**75 Fifth Street NW; Suite 900**<br>**Atlanta, GA 30308** | **personal guaranty of corporate mortgage indebtedness** | **Contingent** | 1,021,599.09 |
| **WestSide Bank**<br>**Kevin Isgette, Senior V.P.**<br>**56 Hiram Drive**<br>**Hiram, GA 30141** | **WestSide Bank**<br>**Kevin Isgette, Senior V.P.**<br>**56 Hiram Drive**<br>**Hiram, GA 30141** | **personal guaranty of corporate mortgage indebtedness** | **Contingent** | 212,808.81 |
| **Greater Rome Bank**<br>**Attn: David Anthony**<br>**1490 Martha Berry Blvd.**<br>**Rome, GA 30165** | **Greater Rome Bank**<br>**Attn: David Anthony**<br>**1490 Martha Berry Blvd.**<br>**Rome, GA 30165** | **mortgage indebtedness** | | 281,628.00<br><br>(164,310.00 secured) |
| **Chase**<br>**PO Box 9001871**<br>**Louisville, KY 40290-1871** | **Chase**<br>**PO Box 9001871**<br>**Louisville, KY 40290-1871** | **mortgage indebtedness** | | 119,411.00<br>(164,845.00 secured)<br>(125,204.13 senior lien) |
| **Hamilton Bank**<br>**Melanie Wisener**<br>**6157 Fairburn Rd**<br>**Douglasville, GA 30134** | **Hamilton Bank**<br>**Melanie Wisener**<br>**6157 Fairburn Rd**<br>**Douglasville, GA 30134** | **side note** | | 48,013.00 |

B4 (Official Form 4) (12/07) - Cont.
In re  **Edward Byron Slaughter**                               Case No.
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Quantum Servicing<br>Jose Almonte-Commercial Assets<br>730 NW 107th Ave; Ste 310<br>Miami, FL 33172 | Quantum Servicing<br>Jose Almonte-Commercial Assets<br>730 NW 107th Ave; Ste 310<br>Miami, FL 33172 | personal guaranty of corporate mortgage indebtedness | Contingent | 26,936.71 |
| Quantum Servicing<br>Jose Almonte-Commercial Assets<br>730 NW 107th Ave; Ste 310<br>Miami, FL 33172 | Quantum Servicing<br>Jose Almonte-Commercial Assets<br>730 NW 107th Ave; Ste 310<br>Miami, FL 33172 | mortgage indebtedness | | 20,848.00<br><br>(0.00 secured) |
| Greater Rome Bank<br>Attn: Jeanne McDonough<br>1490 Martha Berry Blvd.<br>Rome, GA 30165 | Greater Rome Bank<br>Attn: Jeanne McDonough<br>1490 Martha Berry Blvd.<br>Rome, GA 30165 | signature loan | | 8,225.52 |
| Rialto Capital<br>Attn: Andrew Bezila<br>750 Hammond Dr; Bldg 6 Ste 300<br>Atlanta, GA 30328 | Rialto Capital<br>Attn: Andrew Bezila<br>750 Hammond Dr; Bldg 6 Ste 300<br>Atlanta, GA 30328 | mortgage indebtedness | | 99,643.00<br><br>(94,238.00 secured) |
| Cherokee County Alabama Revenue Commissioner<br>260 Cedar Bluff Road; Suite 10<br>Centre, AL 35960 | Cherokee County Alabama Revenue Commissioner<br>260 Cedar Bluff Road; Suite 10<br>Centre, AL 35960 | ad valorem property tax | | Unknown |
| City of Cedartown<br>Attn: Amy Orebaugh<br>PO Box 65<br>Cedartown, GA 30125-0065 | City of Cedartown<br>Attn: Amy Orebaugh<br>PO Box 65<br>Cedartown, GA 30125-0065 | ad valorem property taxes | | Unknown |
| Fidelity Bank<br>Stephen H. Brolly, CFO<br>3490 Piedmont Rd NE; Ste 1550<br>Norcross, GA 30092 | Fidelity Bank<br>Stephen H. Brolly, CFO<br>3490 Piedmont Rd NE; Ste 1550<br>Norcross, GA 30092 | personal guaranty of corporate mortgage indebtedness | Contingent | Unknown |
| First Southern State Bank<br>Jed Lockridge, V.P.<br>201 West Main Street<br>Centre, AL 35960 | First Southern State Bank<br>Jed Lockridge, V.P.<br>201 West Main Street<br>Centre, AL 35960 | personal guaranty of corporate mortgage indebtedness | Contingent | Unknown |
| Floyd County Tax Commissioner<br>Kevin Payne<br>PO Box 26<br>Rome, GA 30162-0026 | Floyd County Tax Commissioner<br>Kevin Payne<br>PO Box 26<br>Rome, GA 30162-0026 | ad valorem property tax | | Unknown |
| Hamilton Bank<br>Melanie Wisener<br>6157 Fairburn Rd<br>Douglasville, GA 30134 | Hamilton Bank<br>Melanie Wisener<br>6157 Fairburn Rd<br>Douglasville, GA 30134 | personal guaranty of corporate mortgage indebtedness | Contingent | Unknown |

B4 (Official Form 4) (12/07) - Cont.
In re  **Edward Byron Slaughter**                                         Case No.
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Peoples Independent Bank** **5690 US Highway 278 East** **Gadsden, AL 35903-7205** | **Peoples Independent Bank** **5690 US Highway 278 East** **Gadsden, AL 35903-7205** | **personal guaranty of corporate mortgage indebtedness** | **Contingent** | **Unknown** |
| **PNC Bank, N.A.** **Attn: Colby Cleavenger** **75 Fifth Street NW, Suite 900** **Atlanta, GA 30308** | **PNC Bank, N.A.** **Attn: Colby Cleavenger** **75 Fifth Street NW, Suite 900** **Atlanta, GA 30308** | **mortgage indebtedness** | | **1,090,761.02** **(Unknown secured)** |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Edward Byron Slaughter**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October  5, 2013**                          Signature    **/s/ Edward Byron Slaughter**
                                                                 **Edward Byron Slaughter**
                                                                 Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

```
1000 North Main Street, LLC
330 West Avenue
Suite 101
Cedartown, GA 30125



2010-1 CRE Venture, LLC
Attn: Manager
2450 Broadway, 6th Floor
Santa Monica, CA 90404



Apex Locators, LLC
330 West Avenue
Cedartown, GA 30125



Bank of the Ozarks
Suzanne Cole, Portfolio Mngr
PO Box 1670
Dallas, GA 30132



Cedartown North P'ship LLC
330 West Avenue
Suite 101
Cedartown, GA 30125



Chapel Heights, LLC
330 West Avenue
Suite 101
Cedartown, GA 30125



Chase
PO Box 9001871
Louisville, KY 40290-1871



Cherokee County Alabama
Revenue Commissioner
260 Cedar Bluff Road; Suite 10
Centre, AL 35960
```

```
Citizens First Bank
Attn: Steven D. White, V.P.
PO Box 1613
Rome, GA 30162-1613



City of Cedartown
Attn: Amy Orebaugh
PO Box 65
Cedartown, GA 30125-0065



E. Byron Slaughter, LLC
330 West Avenue
Suite 101
Cedartown, GA 30125



Fidelity Bank
Stephen H. Brolly, CFO
3490 Piedmont Rd NE; Ste 1550
Norcross, GA 30092



First Southern State Bank
Jed Lockridge, V.P.
201 West Main Street
Centre, AL 35960



Floyd County Tax Commissioner
Kevin Payne
PO Box 26
Rome, GA 30162-0026



Generations Bank
Dick Lee, Chief Credit Officer
925 Sharit Avenue, Suite 213
Gardendale, AL 35071



Greater Rome Bank
Attn: David Anthony
1490 Martha Berry Blvd.
Rome, GA 30165
```

```
Greater Rome Bank
Attn: Jeanne McDonough
1490 Martha Berry Blvd.
Rome, GA 30165



Hamilton Bank
Melanie Wisener
6157 Fairburn Rd
Douglasville, GA 30134



Jose Melito Luna
455 Pinewood Drive
Centre, AL 35960



King Cole Condominium Assoc.
900 Bay Drive
Miami Beach, FL 33141



Mark Sullins
309 Wooten Road
Cedartown, GA 30125



Peoples Independent Bank
5690 US Highway 278 East
Gadsden, AL 35903-7205



PNC Bank, N.A.
Attn: Colby Cleavenger
75 Fifth Street NW,Suite 900
Atlanta, GA 30308



PNC Bank, N.A.
Colby B. Cleavenger
75 Fifth Street NW; Suite 900
Atlanta, GA 30308



Polk County Tax Commissioner
144 West Avenue, Suite A
Cedartown, GA 30125
```

```
Quantum Servicing
Jose Almonte-Commercial Assets
730  NW 107th Ave; Ste 310
Miami, FL 33172




Regions Financial Corporation
Sheila McCrary, Special Assets
1900 5th Ave N-26th Floor
Birmingham, AL 35203




Rialto Capital
Attn: Andrew Bezila
750 Hammond Dr; Bldg 6 Ste 300
Atlanta, GA 30328




Rolling Hills Plaza, LLC
330 West Avenue
Cedartown, GA 30125




S. Gregory Hays, Receiver
Hays Financial Consulting, LLC
3343 Peachtree Road, Suite 200
Atlanta, GA 30326




State Bank and Trust
J. Ross Mynatt, Special Assets
3399 Peachtree Rd NE; Ste 2050
Atlanta, GA 30326




Stonegate, LLC
330 West Avenue
Suite 101
Cedartown, GA 30125




WestSide Bank
Kevin Isgette, Senior V.P.
56 Hiram Drive
Hiram, GA 30141
```