B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Georgia,  Atlanta Division

In re  __Edward Byron Slaughter__                                Case No.  __13-42906-mgd__
                                          Debtor(s)              Chapter   __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$17,050.00** | **2013 year to Petition Date gross income** |
| **$77,160.00** | **2012 gross income** |
| **$59,550.00** | **2011 gross income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

B7 (Official Form 7) (04/13)
2

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **2010-1 CRE Venture, LLC v. E. Byron Slaughter, LLC; and Edward Byron Slaughter, cv no, 201CV940-M** | **complaint on secured promissory note and personal guaranty** | **Superior Court, Polk County, GA** | **filed 08/21/2013** |
| **PNC Bank, National Association, Successor to RBC Bank (USA) v.  Apex Locators, Llc, Rolling Hills Plaza, LLC, and Edward Byron Slaughter. Civil Action File No. 4:13-cv-00087-HLM** | **Complaint For Appointment Of Receiver And For Monetary Relief** | **United States District Court, Northern District Of Georgia, Rome Division** | **Complaint filed 04/05/2013; receiver appointed 05/06/2013** |
| **King Cole Condominium Association, Inc. vs. Edward Byron Slaughter; _____ spouse of Edward Byron Slaughter, if any; case no. 13-025569CA08** | **judicial foreclosure** | **Circuit Court, 11th Judicial Circuit, Miami-Dade County, Florida** | **filed on or about 9/13/2013** |

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5. Repossessions, foreclosures and returns

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6. Assignments and receiverships

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8. Losses

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
4

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Paul Reece Marr, P.C. Suite 960 300 Galleria Parkway, N.W. Atlanta, GA 30339** | **09/10/13 - 10/04/2013  West Avenue, LLC, a GA limited liability corporation** | **$30,000.000 retainer + $6,065.00 Petition filing fees for affiliated debtors Edward Byron Slaughter; E. Byron Slaughter, LLC;  Apex Locators, LLC; Chapel Heights, LLC; and Rolling Hills Plaza, LLC** |

### 10. Other transfers

None ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Alvin Diemer** | **10/2013** | **County Road 32, +/- 138 arcres for cancellation of debt** |

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

B7 (Official Form 7) (04/13)
5

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)
6

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **1000 North Main, LLC** | | **330 West Avenue, Suite 101 Cedartown, GA 30125** | **real estate ownership, management, and sales** | **09/2006 - ongoing** |
| **330 West Avenue, LLC** | | **330 West Avenue, Suite 101 Cedartown, GA 30125** | **real estate ownership, management, and sales** | **4/5/2011 - ongoing** |
| **Apex Locators, LLC** | 20-1951859 | **330 West Avenue; Suite 101 Cedartown, GA 30125** | **real estate ownership, management, and sales** | **11/2004 - ongoing** |
| **Byron Slaughter, Inc.** | | **330 West Avenue; Suite 101 Cedartown, GA 30125** | **real estate ownership, management, and sales** | **06/1994 - ongoing** |
| **Cedartown North Partnership, LLC** | 42-1568139 | **330 West Avenue; Suite 101 Cedartown, GA 30125** | **real estate ownership, management, and sales** | **12/2002 - ongoing** |
| **Chapel Heights, LLC** | 22-3894478 | **330 West Avenue; Suite 101 Cedartown, GA 30125** | **real estate ownership, management, and sales** | **01/2003 - ongoing** |
| **E. Byron Slaughter, LLC** | 26-2036395 | **330 West Avenue; Suite 101 Cedartown, GA 30125** | **real estate ownership, management, and sales** | **02/2008 - ongoing** |
| **O'Neal Realty, Inc.** | | **330 West Avenue; Suite 101 Cedartown, GA 30125** | **real estate sales** | **09/2009 - ongoing** |
| **Red Top Taxi, LLC** | | **330 West Avenue; Suite 101 Cedartown, GA 30125** | **taxi company** | **08/2009 - ongoing** |
| **Rolling Hills Plaza, LLC** | 20-0759428 | **330 West Avenue; Suite 101 Cedartown, GA 30125** | **real estate ownership, management, and sales** | **09/2003 - ongoing** |
| **Stonegate Home Builders, LLC** | | **330 West Avenue; Suite 101 Cedartown, GA 30125** | **real estate ownership, management, and sales** | **09/2005 - ongoing** |
| **The Purks Building** | | **330 West Avenue; Suite 101 Cedartown, GA 30125** | **comedy club** | **2012 - 2013** |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

B7 (Official Form 7) (04/13)
7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Kenneth M. White** | |
| **Whittington, Jones & Rudert CPAs LLC** | |
| **PO Box 1264** | |
| **Rome, GA 30162-1264** | |
| | |
| **Byron Slaughter** | |
| **330 West Avenue** | |
| **Cedartown, GA 30125** | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Byron Slaughter** | **330 West Avenue** |
| | **Cedartown, GA 30125** |

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

B7 (Official Form 7) (04/13)
8

| None ■ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |

---

### 22 . Former partners, officers, directors and shareholders

| None ■ | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |

| NAME | ADDRESS | DATE OF WITHDRAWAL |

| None ■ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

---

### 23 . Withdrawals from a partnership or distributions by a corporation

| None ■ | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case. |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |

---

### 24. Tax Consolidation Group.

| None ■ | If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case. |

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |

---

### 25. Pension Funds.

| None ■ | If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case. |

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |

* * * * * *

B7 (Official Form 7) (04/13)
9

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **November  3, 2013**            Signature    **/s/ Edward Byron Slaughter**

                                                                 **Edward Byron Slaughter**
                                                                 Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6A (Official Form 6A) (12/07)

.

In re    **Edward Byron Slaughter**                                    ,    Case No.    **13-42906-mgd**
_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **118 Treat Mountain Road, Esom Hill, Georgia, ± 6 acres and house,** | **fee simple** | - | **98,309.00** | 1,118,849.76 |
| **900 Bay Drive, condominium Unit #719, Miami Beach, FL** | **Fee Simple** | - | **115,510.00** | 152,158.21 |
| **45.69 acres Shiloh Road, Cedartown, GA 30125** | **fee simple** | - | **85,908.00** | 98,893.00 |
| **271 Garmon Road, Cedartown, GA 30125, raw land 8.74 acres** | **fee simple** | - | **33,326.00** | 0.00 |
| **1029 Judkin Mill Road, Cedartown, Georgia 30125, amusement park on ± 10 acres** | **fee simple** | - | **104,100.00** | 1,118,849.76 |
| **2135 Bellview Road, Rockmart, GA 30153, ± 14 acres raw land** | **fee simple** | - | **121,845.00** | 87,590.29 |
| **24 Hendrix Road, Rockmart, GA 30153, house and ± 3 acres** | **fee simple** | - | **164,845.00** | 241,994.28 |
| **Blacks Bluff Road, Floyd County, GA, raw land** | **fee simple** | - | **Unknown** | 0.00 |
| **528 Main Street, Cedartown, Georgia 30125, restaurant** | **fee simple** | - | **135,412.00** | 168,992.92 |
| **425 S College Street, Cedartown, GA 30125, commercial warehouse** | **fee simple** | - | **398,000.00** | 1,118,849.76 |
| **227 S College Street, Cedartown, GA 30125, office building** | **fee simple** | - | **73,449.00** | 64,483.00 |
| **401/403 Main Street, Cedartown, GA 30125** | **fee simple** | - | **204,784.00** | 203,907.99 |
| **419/423 Main Street, Cedartown, GA** | **fee simple** | - | **118,808.00** | 78,389.10 |
| **1335 S. Main Street, Cedartown, Georgia 30125, ± 4 acres with warehouse buildings** | **fee simple** | - | **375,273.00** | 1,118,849.76 |
| | | Sub-Total > | **2,029,569.00** | (Total of this page) |

____1____   continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    __Edward Byron Slaughter_____,      Case No. ___13-42906-mgd_____
                                          Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 570 County Rd 531-Unit 4 | fee simple | - | 156,500.00 | 97,050.89 |
| 302 Gadsden Hwy, Piedmont, Alabama, commercial lot | fee simple | - | 20,000.00 | 40,169.82 |
| 441 Lindsey Chapel Cedartown GA, land | jointly held with Stan Stephens | J | 25,549.00 | 0.00 |
| Lot 2, 397 Lindsey Chapel Road, Cedartown, Ga | jointly held with Stan Stephens | J | 20,200.00 | 99,643.00 |
| Lot 3, 397 Lindsey Chapel Road, Cedartown, Ga | jointly held with Stan Stephens | J | 13,361.00 | 99,643.00 |
| Lot 4, 397 Lindsey Chapel Road, Cedartown, Ga | jointly held with Stan Stephens | - | 13,806.00 | 99,643.00 |
| Lot 5, 397 Lindsey Chapel Road, Cedartown, Ga | jointly held with Stan Stephens | - | 21,322.00 | 99,643.00 |
| 405 Main St. Cedartown, Georgia 30125, 2 story office building | jointly owned with Vickie Lynn Slaughter | - | 53,581.00 | 99,569.82 |
| Esom Hill, Shilo, and Hardin Road, ± 3 acres raw land | fee simple | - | 15,743.00 | 12,860.58 |
| 65.618 acres on Highway 27 and Booger Hollow Road, Lindale, Floyd County, GA | fee simple | - | 164,310.00 | 265,535.37 |
| 2136 Bellview Road, Rockmart, GA 30153, ± 2.5 acres and house | fee simple | - | 121,825.00 | 1,118,849.76 |
| Highway 41, Leesburg, Alabama, commercial lot | fee simple | - | 50,000.00 | 1,118,849.76 |

| | | |
|---|---|---|
| Sub-Total > | 676,197.00 | (Total of this page) |
| Total > | 2,705,766.00 | |
| | (Report also on Summary of Schedules) | |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Edward Byron Slaughter**                                                        Case No.    **13-42906-mgd**
                                                                                    ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account at SunTrust Bank | - | 988.10 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | household goods and furnishings | - | 7,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | wearing apparel | - | 100.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | term life insurance policy with State Farm Ins. Co. | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total >   (Total of this page) | **8,588.10** |
|---|---|---|

  **3**    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Edward Byron Slaughter**                                                ,    Case No.    __13-42906-mgd__
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | sole member, Apex Locators, LLC, a GA limited liability corporation | - | 0.00 |
| | | sole stockholder, O'Neal Realty, Inc., a Georgia corporation | - | 0.00 |
| | | sole member, Red Top Taxi, LLC, a Georgia limited liability corporation | - | 0.00 |
| | | sole stockholder, Byron Slaughter, Inc., a GA corporation | - | 0.00 |
| | | The Purks Building, a sole proprietorship | - | 0.00 |
| | | 50% owner, Stonegate Home Builders, LLC, a GA limited liability corporation | - | 0.00 |
| | | sole member, E. Byron Slaughter, LLC, a GA limited liability corporation | - | 0.00 |
| | | sole member, Cedartown North Partnership, LLC, a GA limited liability corporation | - | 0.00 |
| | | sole member, 330 West Avenue, LLC, a GA limited liability corporation | - | 0.00 |
| | | sole member, 1000 North Main, LLC, a GA limited liability corporation | - | 0.00 |
| | | sole member, Rolling Hills Plaza, LLC, a GA limited liability corporation | - | 0.00 |
| | | sole member, Chapel Heights, LLC, a GA limited liability corporation | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total >    0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Edward Byron Slaughter**                                         ,        Case No.    **13-42906-mgd**
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **past due rents** | **-** | **2,950.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **office trailer** | **-** | **3,000.00** |

Sub-Total >        **5,950.00**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      **Edward Byron Slaughter**                                    ,      Case No.    **13-42906-mgd**
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2004 A&F 6x14 utility trailer | - | 1,000.00 |
| | | 2005 Chevrolet Silverado | - | 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | office equipment, furnishings and supplies | - | 5,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 3 Toro mowers | - | 9,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > | 20,000.00 |
| | (Total of this page) | |
| | Total > | 34,538.10 |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

In re  **Edward Byron Slaughter**                                              ,     Case No.  **13-42906-mgd**
_____
                              Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                           *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| checking account at SunTrust Bank | O.C.G.A. § 44-13-100(a)(6) | 988.10 | 988.10 |
| **Household Goods and Furnishings** | | | |
| household goods and furnishings | O.C.G.A. § 44-13-100(a)(4) | 5,000.00 | 7,500.00 |
| | O.C.G.A. § 44-13-100(a)(6) | 2,500.00 | |
| **Wearing Apparel** | | | |
| wearing apparel | O.C.G.A. § 44-13-100(a)(6) | 100.00 | 100.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2005 Chevrolet Silverado | O.C.G.A. § 44-13-100(a)(3) | 5,000.00 | 5,000.00 |

|  | | Total: | 13,588.10 | 13,588.10 |

  **0**    continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Edward Byron Slaughter** _____ ,    Case No. ___**13-42906-mgd**_____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **860400089600** | | | | 2nd deed to secure debt | | | | | |
| **Bank of the Ozarks** **Suzanne Cole, Portfolio Mngr** **PO Box 1670** **Dallas, GA 30132** | X | - | | 24 Hendrix Road, Rockmart, GA 30153, house and ± 3 acres | | | | | |
| | | | | Value $              **164,845.00** | | | | **122,583.28** | **77,149.28** |
| Account No. **0066831389** | | | | 1st deed to secure debt | | | | | |
| **Chase** **PO Box 9001871** **Louisville, KY 40290-1871** | | - | | 24 Hendrix Road, Rockmart, GA 30153, house and ± 3 acres | | | | | |
| | | | | Value $              **164,845.00** | | | | **119,411.00** | **0.00** |
| Account No. **1022423849** | | | | deed to secure debt | | | | | |
| **Chase** **PO Box 9001871** **Louisville, KY 40290-1871** | | - | | 570 County Rd 531-Unit 4 | | | | | |
| | | | | Value $              **156,500.00** | | | | **97,050.89** | **0.00** |
| Account No. **43-00011** | | | | deed to secure debt | | | | | |
| **Citizens First Bank** **Attn: Steven D. White, V.P.** **PO Box 1613** **Rome, GA 30162-1613** | | - | | 401-403 Main Street, Cedartown, GA; and 271 Garmon Road, Cedartown, GA | | | | | |
| | | | | Value $              **238,074.00** | | | | **203,063.36** | **0.00** |

___**4**___ continuation sheets attached

Subtotal
(Total of this page)

**542,108.53**          **77,149.28**

**B6D (Official Form 6D) (12/07) - Cont.**

In re    **Edward Byron Slaughter**                                              ,        Case No.    **13-42906-mgd**

                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Garry and Sandy Phillips<br>PO Box 508<br>Leesburg, AL 35983-0508** | - | | 09/22/2008<br><br>**deed to secure debt**<br><br>**Highway 41, Leesburg, Alabama, commercial lot**<br><br>Value $              **50,000.00** | | | | **Unknown** | **Unknown** |
| Account No. **193850970**<br><br>**Greater Rome Bank<br>Attn: David Anthony<br>1490 Martha Berry Blvd.<br>Rome, GA 30165** | - | | mortgage<br><br>**45.69 acres Shiloh Road, Cedartown, GA 30125**<br><br>Value $              **85,908.00** | | | | **97,194.74** | **11,286.74** |
| Account No. **193850969**<br><br>**Greater Rome Bank<br>Attn: David Anthony<br>1490 Martha Berry Blvd.<br>Rome, GA 30165** | - | | deed to secure debt<br><br>**65.618 acres on Highway 27 and Booger Hollow Road, Lindale, Floyd County, GA**<br><br>Value $              **164,310.00** | | | | **265,535.37** | **101,225.37** |
| Account No. **193850971**<br><br>**Greater Rome Bank<br>Attn: David Anthony<br>1490 Martha Berry Blvd.<br>Rome, GA 30165** | - | | title liens<br><br>**2001 GMC Yukon truck and 2005 Chevrolet Silverado truck**<br><br>Value $              **9,000.00** | | | | **8,443.37** | **0.00** |
| Account No. **6085609935**<br><br>**Hamilton Bank<br>Melanie Wisener<br>6157 Fairburn Rd<br>Douglasville, GA 30134** | - | | deed to secure debt<br><br>**528 Main Street, Cedartown, Georgia 30125, restaurant**<br><br>Value $              **135,412.00** | | | | **168,992.92** | **33,580.92** |

Sheet  **1**  of  **4**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal<br>(Total of this page)

| | |
|---|---|
| **540,166.40** | **146,093.03** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re      **Edward Byron Slaughter**                                                    ,        Case No.      **13-42906-mgd**
_____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **6085609936** | | | 2nd deed to secure debt | | | | | |
| **Hamilton Bank** **Melanie Wisener** **6157 Fairburn Rd** **Douglasville, GA 30134** | X | - | **1029 Judkin Mill Road, Cedartown, Georgia 30125** | | | | | |
| | | | Value $            **104,100.00** | | | | **725,461.16** | **725,461.16** |
| Account No. | | | condo association assements | | | | | |
| **King Cole Condominium Assoc.** **900 Bay Drive** **Miami Beach, FL 33141** | | - | **900 Bay Drive, condominium Unit #719, Miami Beach, FL** | | | | | |
| | | | Value $            **115,510.00** | | | | **7,108.33** | **7,108.33** |
| Account No. **1000058494** | | | mortgage | | | | | |
| **PNC Bank, N.A.** **Attn: Colby Cleavenger** **75 Fifth Street NW,Suite 900** **Atlanta, GA 30308** | | - | **900 Bay Drive, condominium Unit #719, Miami Beach, FL** | | | | | |
| | | | Value $            **115,510.00** | | | | **145,049.88** | **29,539.88** |
| Account No. | | | 11/19/2009 | | | | | |
| **PNC Bank, N.A.** **Attn: Colby Cleavenger** **75 Fifth Street NW,Suite 900** **Atlanta, GA 30308** | X | - | **deeds to secure debt** **1029 Judkin Mill Rd; 2136 Bellview Rd; 1335 S Main St; 118 Treat Mt.; 425 S College St; Hwy 411 Leesburg AL** | | | | | |
| | | | Value $            **790,805.00** | | | | **1,090,761.02** | **299,956.02** |
| Account No. | | | deed to secure debt | | | | | |
| **Quantum Servicing** **Jose Almonte-Commercial Assets** **730  NW 107th Ave; Ste 310** **Miami, FL 33172** | | - | **Hutto Road, Cedartown, GA** | | | | | |
| | | | Value $            **0.00** | | | | **20,848.00** | **20,848.00** |
| Sheet __**2**__ of __**4**__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **1,989,228.39** | **1,082,913.39** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Edward Byron Slaughter**
                                                            ,
                          Debtor

Case No.    **13-42906-mgd**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **GA600691179413009005** <br><br> **Regions Financial Corporation Sheila McCrary, Special Assets 1900 5th Ave N-26th Floor Birmingham, AL 35203** | - | | **deed to secure debt** <br><br> **419/423 Main Street (Regions)** <br><br> Value $               **118,808.00** | | | | **81,121.48** | **0.00** |
| Account No. <br><br> **Rialto Capital Attn: Andrew Bezila 750 Hammond Dr; Bldg 6 Ste 300 Atlanta, GA 30328** | - | | **deed to secure debt** <br><br> **security =  Lots 2, 3, 4, and 5, 397 Lindsey Chapel Road titled in the debtor's name and by 441 Lindsey Chapel Cedartown GA (fmv = 25,549.00) titled in name of Chapel Heights, LLC** <br> Value $               **94,238.00** | | | | **99,643.00** | **5,405.00** |
| Account No. **21170510-0083** <br><br> **Rialto Capital Attn: Andrew Bezila 750 Hammond Dr; Bldg 6 Ste 300 Atlanta, GA 30328** | X - | | **deed to secure debt** <br><br> **405 Main St. Cedartown, Georgia 30125, 2 story office building** <br><br> Value $               **107,162.00** | | | | **99,569.82** | **0.00** |
| Account No. <br><br> **Rialto Capital Attn: Andrew Bezila 750 Hammond Dr; Bldg 6 Ste 300 Atlanta, GA 30328** | - | | **mortgage** <br><br> **302 Gadsden Hwy, Piedmont, Alabama, commercial lot** <br><br> Value $               **20,000.00** | | | | **40,169.82** | **20,169.82** |
| Account No. **700008019** <br><br> **Rialto Capital Attn: Andrew Bezila 750 Hammond Dr; Bldg 6 Ste 300 Atlanta, GA 30328** | - | | **mortgage** <br><br> **2135 Bellview Road, Rockmart, GA 30153, ± 14 acres raw land** <br><br> Value $               **121,845.00** | | | | **87,590.29** | **0.00** |

Sheet  **3**   of  **4**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| **408,094.41** | **25,574.82** |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re   **Edward Byron Slaughter**                                        ,       Case No.   **13-42906-mgd**
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **7000088022** | | | deed to secure debt | | | | | |
| **Rialto Capital Attn: Andrew Bezila 750 Hammond Dr; Bldg 6 Ste 300 Atlanta, GA 30328** | - | | **227 S College Street, Cedartown, GA 30125, office building** | | | | | |
| | | | Value $          **73,449.00** | | | | **64,483.00** | **0.00** |
| Account No. | | | deed to secure debt | | | | | |
| **Rialto Capital Attn: Andrew Bezila 750 Hammond Dr; Bldg 6 Ste 300 Atlanta, GA 30328** | - | | **Esom Hill, Shilo, and Hardin Road, ± 3 acres raw land** | | | | | |
| | | | Value $          **15,743.00** | | | | **12,860.58** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **4**  of  **4**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **77,343.58** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **3,556,941.31** | **1,331,730.52** |

B6E (Official Form 6E) (4/13)

In re    **Edward Byron Slaughter**                                              ,    Case No.    **13-42906-mgd**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>    1    </u>    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  __Edward Byron Slaughter_____,    Case No.  __13-42906-mgd_____
                                     Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | ad valorem property tax | | | | | |
| Cherokee County Alabama Revenue Commissioner 260 Cedar Bluff Road; Suite 10 Centre, AL 35960 | - | | | | | | | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | ad valorem property taxes | | | | | |
| City of Cedartown Attn: Amy Orebaugh PO Box 65 Cedartown, GA 30125-0065 | - | | | | | | | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | ad valorem property tax | | | | | |
| Floyd County Tax Commissioner Kevin Payne PO Box 26 Rome, GA 30162-0026 | - | | | | | | | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | ad valorem property taxes | | | | | |
| Polk County Tax Commissioner 144 West Avenue, Suite A Cedartown, GA 30125 | - | | | | | | | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 | |
| | | 0.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re __Edward Byron Slaughter_____,  Case No. ___13-42906-mgd_____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.

**2010-1 CRE Venture, LLC
Attn: Manager
2450 Broadway, 6th Floor
Santa Monica, CA 90404** | X | - | | | personal guaranty of corporate mortgage indebtedness | | X | | 3,146,562.15 |
| Account No. **1034004109**

**Fidelity Bank
Stephen H. Brolly, CFO
3490 Piedmont Rd NE; Ste 1550
Norcross, GA 30092** | X | - | | | signature loan | | X | | 47,467.69 |
| Account No.

**First Southern State Bank
Jed Lockridge, V.P.
201 West Main Street
Centre, AL 35960** | X | - | | | personal guaranty of corporate mortgage i indebtedness | | X | | Unknown |
| Account No.

**Generations Bank
Dick Lee, Chief Credit Officer
925 Sharit Avenue, Suite 213
Gardendale, AL 35071** | X | - | | | personal guaranty of corporate mortgage indebtedness | | X | | 1,500,000.00 |

| | | |
|---|---|---|
| __2__  continuation sheets attached | Subtotal (Total of this page) | 4,694,029.84 |

B6F (Official Form 6F) (12/07) - Cont.

In re     **Edward Byron Slaughter**                                          ,          Case No.     **13-42906-mgd**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | signature loan | | | | |
| **Greater Rome Bank** Attn: Jeanne McDonough 1490 Martha Berry Blvd. Rome, GA 30165 | | - | | | | | 8,225.52 |
| Account No. | | | side note, Waldrep farm | | | | |
| **Hamilton Bank** Melanie Wisener 6157 Fairburn Rd Douglasville, GA 30134 | | - | | | | | 48,013.00 |
| Account No. | | | personal guaranty of corporate mortgage indebtedness | | | | |
| **Hamilton Bank** Melanie Wisener 6157 Fairburn Rd Douglasville, GA 30134 | | | | X | | | Unknown |
| Account No. | | | personal guaranty of corporate mortgage indebtedness | | | | |
| **Peoples Independent Bank** 5690 US Highway 278 East Gadsden, AL 35903-7205 | | - | | X | | | Unknown |
| Account No. | | | personal guaranty of corporate mortgage indebtedness | | | | |
| **PNC Bank, N.A.** Colby B. Cleavenger 75 Fifth Street NW; Suite 900 Atlanta, GA 30308 | X | - | | X | | | 1,021,599.09 |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,077,837.61**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Byron Slaughter**                                    ,     Case No.  **13-42906-mgd**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | personal guaranty of corporate mortgage indebtedness | | | | |
| Quantum Servicing Jose Almonte-Commercial Assets 730 NW 107th Ave; Ste 310 Miami, FL 33172 | X | - | | | X | | 26,936.71 |
| Account No. | | | personal guaranty of corporate mortgage indebtedness | | | | |
| Rialto Capital Attn: Andrew Bezila 750 Hammond Dr; Bldg 6 Ste 300 Atlanta, GA 30328 | X | - | | | X | | 2,829,305.53 |
| Account No. | | | pre-Petition receiver | | | | |
| S. Gregory Hays, Receiver Hays Financial Consulting, LLC 3343 Peachtree Road, Suite 200 Atlanta, GA 30326 | | - | | X | X | | Unknown |
| Account No. | | | personal guaranty of corporate mortgage i indebtedness | | | | |
| State Bank and Trust J. Ross Mynatt, Special Assets 3399 Peachtree Rd NE; Ste 2050 Atlanta, GA 30326 | X | - | | | X | | Unknown |
| Account No. | | | personal guaranty of corporate mortgage indebtedness | | | | |
| WestSide Bank Kevin Isgette, Senior V.P. 56 Hiram Drive Hiram, GA 30141 | X | - | | | X | | 212,808.81 |

Sheet no. __2__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 3,069,051.05 |
| Total (Report on Summary of Schedules) | 8,840,918.50 |

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Edward Byron Slaughter**                                                      ,   Case No.   **13-42906-mgd**
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Jose Melito Luna**<br>**455 Pinewood Drive**<br>**Centre, AL 35960** | **Lease Purchase Agreement dated May 28, 2010 regarding Lots 3 and 4, Chesnut Bypass, Cherokee County, AL** |
| **Katelyn Cox**<br>**423 Main St., Apt. F**<br>**Cedartown, GA 30125** | **Residential Lease dated 06/13/2013 regarding 423 Main St., Apt. F, Cedartown, GA 30125** |
| **Russ Shaw**<br>**425 S College Street**<br>**Cedartown, GA 30125** | **Commercial Lease dated 05/01/2009 for 425 S College Street, Cedartown, GA 30125** |
| **Southern Flavors**<br>**Brandy Harbin**<br>**528 Main Street**<br>**Cedartown, GA 30125** | **Commercial Lease dated 04/24/2013 regarding 528 Main Street, Cedartown, GA 30125** |
| **Tona Shaw**<br>**401 1/2 Main Street Apt. C**<br>**Cedartown, GA 30125** | **Residential Lease dated 10/16/2012 for 401 1/2 Main Street Apt. C, Cedartwon, GA 30125w** |
| **Walter Gravely dba Brook's**<br>**1335 S. Main Street**<br>**Cedartown, GA 30125** | **Commercial Lease dated 05/25/2011 for 1335 S. Main Street, Cedartown, Georgia 30125** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Edward Byron Slaughter**                                                              Case No.   **13-42906-mgd**
                                                                                    ,
                                             Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **1000 North Main Street, LLC**<br>**330 West Avenue**<br>**Suite 101**<br>**Cedartown, GA 30125** | **State Bank and Trust**<br>**J. Ross Mynatt, Special Assets**<br>**3399 Peachtree Rd NE; Ste 2050**<br>**Atlanta, GA 30326** |
| **330 West Avenue, LLC**<br>**330 West Avenue**<br>**Suite 101**<br>**Cedartown, GA 30125** | **Hamilton Bank**<br>**Melanie Wisener**<br>**6157 Fairburn Rd**<br>**Douglasville, GA 30134** |
| **Apex Locators, LLC**<br>**330 West Avenue**<br>**Cedartown, GA 30125**<br>   **this loan is secured by real estate owned by**<br>**Edward Byron Slaughter, Apex Locators, LLC,**<br>**and Rolling Hills Plaza, LLC** | **PNC Bank, N.A.**<br>**Attn: Colby Cleavenger**<br>**75 Fifth Street NW,Suite 900**<br>**Atlanta, GA 30308** |
| **Apex Locators, LLC**<br>**330 West Avenue**<br>**Cedartown, GA 30125** | **First Southern State Bank**<br>**Jed Lockridge, V.P.**<br>**201 West Main Street**<br>**Centre, AL 35960** |
| **Apex Locators, LLC**<br>**330 West Avenue**<br>**Cedartown, GA 30125** | **PNC Bank, N.A.**<br>**Colby B. Cleavenger**<br>**75 Fifth Street NW; Suite 900**<br>**Atlanta, GA 30308** |
| **Apex Locators, LLC**<br>**330 West Avenue**<br>**Cedartown, GA 30125** | **WestSide Bank**<br>**Kevin Isgette, Senior V.P.**<br>**56 Hiram Drive**<br>**Hiram, GA 30141** |
| **Apex Locators, LLC**<br>**330 West Avenue**<br>**Cedartown, GA 30125** | **Rialto Capital**<br>**Attn: Andrew Bezila**<br>**750 Hammond Dr; Bldg 6 Ste 300**<br>**Atlanta, GA 30328** |
| **Apex Locators, LLC**<br>**330 West Avenue**<br>**Cedartown, GA 30125** | **Bank of the Ozarks**<br>**Suzanne Cole, Portfolio Mngr**<br>**PO Box 1670**<br>**Dallas, GA 30132** |
| **Cedartown North P'ship LLC**<br>**330 West Avenue**<br>**Suite 101**<br>**Cedartown, GA 30125** | **Rialto Capital**<br>**Attn: Andrew Bezila**<br>**750 Hammond Dr; Bldg 6 Ste 300**<br>**Atlanta, GA 30328** |

**2**
_____ continuation sheets attached to Schedule of Codebtors

In re    **Edward Byron Slaughter**                                                    ,    Case No.    **13-42906-mgd**
                                                    Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cedartown North P'ship LLC**<br>**330 West Avenue**<br>**Suite 101**<br>**Cedartown, GA 30125** | **First Southern State Bank**<br>**Jed Lockridge, V.P.**<br>**201 West Main Street**<br>**Centre, AL 35960** |
| **Cedartown North P'ship LLC**<br>**330 West Avenue**<br>**Suite 101**<br>**Cedartown, GA 30125** | **State Bank and Trust**<br>**J. Ross Mynatt, Special Assets**<br>**3399 Peachtree Rd NE; Ste 2050**<br>**Atlanta, GA 30326** |
| **Cedartown North P'ship LLC**<br>**330 West Avenue**<br>**Suite 101**<br>**Cedartown, GA 30125** | **Fidelity Bank**<br>**Stephen H. Brolly, CFO**<br>**3490 Piedmont Rd NE; Ste 1550**<br>**Norcross, GA 30092** |
| **Cedartown North P'ship LLC**<br>**330 West Avenue**<br>**Suite 101**<br>**Cedartown, GA 30125** | **WestSide Bank**<br>**Kevin Isgette, Senior V.P.**<br>**56 Hiram Drive**<br>**Hiram, GA 30141** |
| **Cedartown North P'ship LLC**<br>**330 West Avenue**<br>**Suite 101**<br>**Cedartown, GA 30125** | **Quantum Servicing**<br>**Jose Almonte-Commercial Assets**<br>**730  NW 107th Ave; Ste 310**<br>**Miami, FL 33172** |
| **Chapel Heights, LLC**<br>**330 West Avenue**<br>**Suite 101**<br>**Cedartown, GA 30125** | **Rialto Capital**<br>**Attn: Andrew Bezila**<br>**750 Hammond Dr; Bldg 6 Ste 300**<br>**Atlanta, GA 30328** |
| **E. Byron Slaughter, LLC**<br>**330 West Avenue**<br>**Suite 101**<br>**Cedartown, GA 30125** | **2010-1 CRE Venture, LLC**<br>**Attn: Manager**<br>**2450 Broadway, 6th Floor**<br>**Santa Monica, CA 90404** |
| **E. Byron Slaughter, LLC**<br>**330 West Avenue**<br>**Suite 101**<br>**Cedartown, GA 30125** | **Generations Bank**<br>**Dick Lee, Chief Credit Officer**<br>**925 Sharit Avenue, Suite 213**<br>**Gardendale, AL 35071** |
| **E. Byron Slaughter, LLC**<br>**330 West Avenue**<br>**Suite 101**<br>**Cedartown, GA 30125** | **Hamilton Bank**<br>**Melanie Wisener**<br>**6157 Fairburn Rd**<br>**Douglasville, GA 30134** |
| **E. Byron Slaughter, LLC**<br>**330 West Avenue**<br>**Suite 101**<br>**Cedartown, GA 30125** | **Bank of the Ozarks**<br>**Suzanne Cole, Portfolio Mngr**<br>**PO Box 1670**<br>**Dallas, GA 30132** |

Sheet   **1**   of   **2**   continuation sheets attached to the Schedule of Codebtors

In re   **Edward Byron Slaughter**                                        ,   Case No.   **13-42906-mgd**
                                    Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mark Sullins**<br>**309 Wooten Road**<br>**Cedartown, GA 30125** | **Quantum Servicing**<br>**Jose Almonte-Commercial Assets**<br>**730  NW 107th Ave; Ste 310**<br>**Miami, FL 33172** |
| **Rolling Hills Plaza, LLC**<br>**330 West Avenue**<br>**Cedartown, GA 30125**<br>   **this loan is secured by real estate owned by**<br>**Edward Byron Slaughter, Apex Locators, LLC,**<br>**and Rolling Hills Plaza, LLC** | **PNC Bank, N.A.**<br>**Attn: Colby Cleavenger**<br>**75 Fifth Street NW,Suite 900**<br>**Atlanta, GA 30308** |
| **Rolling Hills Plaza, LLC**<br>**330 West Avenue**<br>**Cedartown, GA 30125** | **PNC Bank, N.A.**<br>**Colby B. Cleavenger**<br>**75 Fifth Street NW; Suite 900**<br>**Atlanta, GA 30308** |
| **Stonegate, LLC**<br>**330 West Avenue**<br>**Suite 101**<br>**Cedartown, GA 30125** | **State Bank and Trust**<br>**J. Ross Mynatt, Special Assets**<br>**3399 Peachtree Rd NE; Ste 2050**<br>**Atlanta, GA 30326** |
| **Vickie Lynn Slaughter** | **Rialto Capital**<br>**Attn: Andrew Bezila**<br>**750 Hammond Dr; Bldg 6 Ste 300**<br>**Atlanta, GA 30328** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re __Edward Byron Slaughter_____          Case No. __13-42906-mgd_____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **real estate; Red Top Taxi LLC** | |
| Name of Employer | **self employed** | |
| How long employed | **30 years** | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **500.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **500.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a.  Payroll taxes and social security | $ | **0.00** | $ | **N/A** |
|    b.  Insurance | $ | **0.00** | $ | **N/A** |
|    c.  Union dues | $ | **0.00** | $ | **N/A** |
|    d.  Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **500.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **5,600.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>    dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **5,600.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **6,100.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **6,100.00** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   **debtor projects that additional income will be generated from increased rents and property sales**

# Business Cash Flow Projection
## E. Byron Slaughter

Starting date: Oct-13

| | Beginning | Oct-13 | Nov-13 | Dec-13 | Jan-14 | Feb-14 | Mar-14 | Total |
|---|---|---|---|---|---|---|---|---|
| **CASH RECEIPTS** | | | | | | | | |
| Rental Income | | 5,600 | 5,600 | 5,600 | 8,650 | 11,700 | 11,700 | 48,850 |
| | | | | | | | | 0 |
| **TOTAL CASH RECEIPTS** | | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | 48,850 |
| Total cash available | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | |
| | | | | | | | | |
| **CASH PAID OUT** | | | | | | | | |
| Advertising | | | | | | | | 0 |
| Professional Fees | | | | | | | | 0 |
| Contract labor | | | | | | | | 0 |
| Insurance (other than health) | | 1,213 | 1,213 | 1,213 | 1,213 | 1,213 | 1,213 | 7,277 |
| Materials and supplies (in COGS) | | | | | | | | 0 |
| Mortgage interest | | | | | | | | 0 |
| Office expense | | | | | | | | 0 |
| Repairs and maintenance | | | | | | | | 0 |
| Taxes and licenses | | 2,455 | 2,455 | 2,455 | 2,455 | 2,455 | 2,455 | 14,730 |
| Utilities | | 878 | 878 | 878 | 878 | 878 | 878 | 5,268 |
| Wages (less emp. credits) | | | | | | | | 0 |
| Other expenses | | | | | | | | 0 |
| Other expenses | | | | | | | | 0 |
| Other expenses | | | | | | | | 0 |
| Miscellaneous | | | | | | | | 0 |
| **SUBTOTAL** | | 4,546 | 4,546 | 4,546 | 4,546 | 4,546 | 4,546 | 27,276 |
| Loan principal payment | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| **Net Income Per Month** | | 1,052 | 1,052 | 1,052 | 41 | 7,154 | 7,154 | 17,505 |

B6J (Official Form 6J) (12/07)

In re   **Edward Byron Slaughter** _____      Case No.   **13-42906-mgd** _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 0.00 |
| a. Are real estate taxes included? | Yes ___   No **X** | |
| b. Is property insurance included? | Yes ___   No **X** | |
| 2. Utilities: | a. Electricity and heating fuel | $ 0.00 |
| | b. Water and sewer | $ 0.00 |
| | c. Telephone | $ 0.00 |
| | d. Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 300.00 |
| 5. Clothing | | $ 50.00 |
| 6. Laundry and dry cleaning | | $ 25.00 |
| 7. Medical and dental expenses | | $ 0.00 |
| 8. Transportation (not including car payments) | | $ 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 25.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| | a. Homeowner's or renter's | $ 0.00 |
| | b. Life | $ 25.00 |
| | c. Health | $ 231.35 |
| | d. Auto | $ 50.00 |
| | e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| | (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| | a. Auto | $ 0.00 |
| | b. Other | $ 0.00 |
| | c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other   **rental property property taxes, insurance, utilities** | | $ 4,546.00 |
| Other | | $ 0.00 |

| | |
|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 5,502.35 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 6,100.00 |
| b. | Average monthly expenses from Line 18 above | $ 5,502.35 |
| c. | Monthly net income (a. minus b.) | $ 597.65 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia,  Atlanta Division

In re    **Edward Byron Slaughter** _____ ,    Case No. ___**13-42906-mgd**___

Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 2,705,766.00 | | |
| B - Personal Property | Yes | 4 | 34,538.10 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 3,556,941.31 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 8,840,918.50 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 6,100.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,502.35 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 2,740,304.10 | | |
| Total Liabilities | | | | 12,397,859.81 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Georgia,  Atlanta Division

In re    **Edward Byron Slaughter**                                          ,    Case No.    **13-42906-mgd**

Debtor

Chapter                                    **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Georgia,  Atlanta Division

In re   **Edward Byron Slaughter**                                         Case No.   **13-42906-mgd**
                                                    Debtor(s)        Chapter     **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **26**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November  3, 2013**                        Signature   **/s/ Edward Byron Slaughter**
                                                                **Edward Byron Slaughter**
                                                                Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B22B (Official Form 22B) (Chapter 11) (12/10)

In re  **Edward Byron Slaughter**
_____
Debtor(s)

Case Number:  **13-42906-mgd**
_____
(If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly.  Joint debtors may complete one statement only.

| | Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|---|

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ■ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.**<br>c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $  500.00 | $ |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero.<br><br>a. Gross receipts — Debtor $ 0.00 Spouse $<br>b. Ordinary and necessary business expenses — Debtor $ 0.00 Spouse $<br>c. Business income — Subtract Line b from Line a | $  0.00 | $ |
| 4 | **Net Rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  Do not enter a number less than zero.<br><br>a. Gross receipts — Debtor $ 5,600.00 Spouse $<br>b. Ordinary and necessary operating expenses — Debtor $ 4,546.00 Spouse $<br>c. Rent and other real property income — Subtract Line b from Line a | $  1,054.00 | $ |
| 5 | **Interest, dividends, and royalties.** | $  0.00 | $ |
| 6 | **Pension and retirement income.** | $  0.00 | $ |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $  0.00 | $ |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act  Debtor $ 0.00  Spouse $ | $  0.00 | $ |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.  Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a. — Debtor $ Spouse $<br>b. — Debtor $ Spouse $ | $  0.00 | $ |
| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B.  Enter the total(s). | $  1,554.00 | $ |

B22B (Official Form 22B) (Chapter 11) (12/10)    2

| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | $ | **1,554.00** |

| | **Part II. VERIFICATION** |
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)*<br><br>Date:   **November  3, 2013**          Signature:   **/s/ Edward Byron Slaughter**<br><br>                                                     **Edward Byron Slaughter**<br>                                                              (Debtor) |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 – Judge Diehl |
| | : | |
| EDWARD BYRON SLAUGHTER; | : | Case No. 13-42906 |
| E. BYRON SLAUGHTER, LLC; | : | Case No. 13-42907 |
| APEX LOCATORS, LLC; | : | Case No. 13-42908 |
| CHAPEL HEIGHTS, LLC; and | : | Case No. 13-42909 |
| ROLLING HILLS PLAZA, LLC; | : | Case No. 13-42910 |
| | : | |
| Debtors. | : | Jointly Administered Under |
| | : | Case No. 13-42906 |
| _____ | : | |

CERTIFICATE OF SERVICE

I, Paul Reece Marr, certify that I am over the age of 18 and that on the below referenced date I served a copy of the foregoing EDWARD BYRON SLAUGHTER'S STATEMENT OF FINANCIAL AFFAIRS, SCHEDULES, CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME by placing a true copy of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Martin P. Ochs
Office of the U.S. Trustee
362 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

This the 3rd day of November, 2013.

/s/ Paul Reece Marr
Paul Reece Marr
GA Bar No. 471230

PAUL REECE MARR, P.C.
300 Galleria Parkway
Suite 960
Atlanta, GA 30339
770/984-2255