**IT IS ORDERED as set forth below:**



**Date: December 27, 2013**

*Mary Grace Diehl*
_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 - Judge Mary Grace Diehl |
| | ) | |
| EDWARD BYRON SLAUGHTER; | ) | Bankr. Case No. 13-42906 |
| E. BYRON SLAUGHTER, LLC; | ) | Bankr. Case No. 13-42907 |
| APEX LOCATORS, LLC; | ) | Bankr. Case No. 13-42908 |
| CHAPEL HEIGHTS, LLC; and | ) | Bankr. Case No. 13-42909 |
| ROLLING HILLS PLAZA, LLC; | ) | Bankr. Case No. 13-42910 |
| Debtors. | ) | |
| | ) | Jointly Administered Under |
| HOPE N. JOHNSON HUGGINS, | ) | Case No. 13-42906 |
| Movant, | ) | |
| | ) | |
| vs. | ) | MOTION FOR RELIEF FROM |
| | ) | AUTOMATIC STAY |
| EDWARD BYRON SLAUGHTER; and | ) | |
| E. BYRON SLAUGHTER, LLC; | ) | CONSENT ORDER LIFTING |
| Respondents. | ) | AUTOMATIC STAY |

Movant herein, Hope N. Johnson-Huggins, having filed a Motion for Relief from the Automatic Stay and showing that she retains a security interest in certain real property (the "Collateral") commonly known as:

A tract of land containing 1.01 acres, more or less, located in the Northwest Quarter of the Southwest Quarter of Section 12 and the northeast Quarter of the Southeast Quarter of Section 11, all in Township 10 South, Range 8 East, Cherokee County, Alabama, which tract of land is more particularly described as follows: Commence at an existing 3/4 inch re-bar marking the southwest corner of said Section 12; thence run North 02 degrees 14 minutes 02 seconds West along the west boundary line of said Section 12 a distance of 1327.30 feet to an existing axle marking the southwest corner of the Northwest Quarter of the Southwest Quarter of said Section 12; thence run North 07 degrees 56 minutes 21 seconds East a distance of 495.41 feet to an iron pin set (iron pin set in this description represents a ½ inch capped re-bar stamped "Baker 20628"), located on the northeasterly right of way line of U.S. Highway #411 (250 foot right of way) which is the point of beginning. From said point of beginning run North 16 degrees 33 minutes 00 seconds East a distance of 210.00 feet to an iron pin set; thence run North 76 dgrees 49 minutes 08 seconds West a distance of 210.29 feet to a 1.75 inch pipe; thence run South 16 degrees 26 minutes 06 seconds West a distance of 210.00 feet to an iron pin set in a 1 inch buried pipe located on the northeasterly right of way line of said U.S. Highway #411; thence run South 76 degrees 49 minutes 30 seconds East along the northeasterly right of way line of said U.S. Highway #411 a distance of 209.87 feet to the point of beginning.

Also described as having a street address of 165 Chambers Street, Leesburg, AL 35983.

by virtue of a Promissory Note and Mortgage (collectively the "Security Agreement"); and that Edward Byron Slaughter and E. Byron Slaughter, LLC (the "Debtors") filed for relief under Chapter 11 of Title 11 of the United States Code on October 5, 2013 (the "Petition Date"); and that Hope N. Johnson Huggins ("Movant") filed a Motion to Lift the Automatic Stay; and that Movant contends that the Debtors have failed to make payments to Movant according to the terms of the Security Agreement and that the mortgage is in default; and that Movant has shown that the Collateral is of inconsequential value and is burdensome to the estate; and that there is no equity in the Collateral and the Collateral is not necessary for the reorganization of Debtors, and that Debtors, Debtors' counsel and the U.S. Trustee consent to the relief requested in the Motion; IT IS HEREBY

ORDERED, ADJUDGED AND DECREED that the automatic stay pursuant to 11 U.S.C. § 362 is terminated as to the Collateral and the 14-day requirement pursuant to F.R.B.P.

4001(a)(3) is hereby waived. Movant may exercise her rights to repossess/foreclose and dispose of the Collateral in accordance with State law and with the terms of the promissory note and mortgage, including, but not limited to sending all notices and demands required by State law or the Security Agreement, accelerating the indebtedness, publishing the legal notice of sale in the county legal organ in which the property is situated, selling the subject property on the courthouse steps of the county in which the property is situated to the highest bidder pursuant to the any sale provisions contained in the Security Agreement or allowed under State law, executing and delivering a Deed Under Power of Sale to the successful bidder at the foreclosure sale, accepting from the Debtor a Deed in lieu of foreclosure and taking all other such actions allowed, permitted and required in a Court of competent jurisdiction under laws existing therein.

END OF DOCUMENT

Prepared and Submitted by:

*Magruder & Sumner*
Attorneys for Hope N. Johnson Huggins

s:/ J. Andrew Owens
J. Andrew Owens
GA State Bar No. 557455
P.O. Box 5187
Rome, GA 30162
706.291.7050 phone
706.291.9881 fax
law@magrudersumner.com

Consented to by:

s:/Paul Reece Marr
Paul Reece Marr, P.C.
Attorney for Debtors
300 Galleria Parkway, N.W.
Suite 960
Atlanta, GA 30339
770.984.2255 phone
770.984.0044 fax
paul@paulmarr.com

No Objection:

s:/Martin P. Ochs
Office of the U.S. Trustee
362 Richard Russell Federal Bldg.
75 Spring St., S.W.
Atlanta, GA 30303
404.331.4437 phone
404.331.4464 fax
martin.p.ochs@usdoj.gov

## DISTRIBUTION LIST

J. Andrew Owens
*Magruder & Sumner*
P.O. Box 5187
Rome, GA 30162

Paul Reece Marr, P.C.
300 Galleria Parkway, N.W.
Suite 960
Atlanta, GA 30339

Martin P. Ochs
Office of the U.S. Trustee
362 Richard Russell Federal Bldg.
75 Spring St., S.W.
Atlanta, GA 30303

Edward Byron Slaughter
E. Byron Slaughter, LLC
330 West Avenue
Cedartown, GA 30125