

**IT IS ORDERED as set forth below:**

**Date: June 12, 2014**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 – JUDGE DIEHL |
| | ) | |
| EDWARD BYRON SLAUGHTER; | ) | Case No. 13-42906 |
| E. BYRON SLAUGHTER, LLC; | ) | Case No. 13-42907 |
| APEX LOCATORS, LLC; | ) | Case No. 13-42908 |
| CHAPEL HEIGHTS, LLC; and | ) | Case No. 13-42909 |
| ROLLING HILLS PLAZA, LLC; | ) | Case No. 13-42910 |
| | ) | |
| Debtors. | ) | Jointly Administered Under |
| | ) | Case No. 13-42906 |
| | ) | |
| WESTSIDE BANK, | ) | CONTESTED MATTER |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| APEX LOCATORS, LLC and EDWARD | ) | |
| BYRON SLAUGHTER, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

On May 13, 2014, Westside Bank ("Movant") filed a *Motion for Relief from the Automatic Stay or for Adequate Protection* (the "Motion"). [Doc. No. 119]. The Motion asks that the Court terminate the automatic stay pursuant to 11 U.S.C. § 362(d) with respect to real property located at and commonly known as 325 North Main Street, Cedartown, Polk County, Georgia and Lot 6 Friendship Station (the "Properties") in which Movant holds a prepetition perfected security interest or, alternately, require Respondents to provide adequate protection. Movant contends that the Motion and notice of a hearing on it were properly served on all parties in interest. The Motion came on for hearing on June 11, 2014. There being no opposition announced by Respondents or any other party in interest at the call of the case, it is hereby

**ORDERED** that the Motion is **GRANTED**; the automatic stay is terminated with respect to the Properties such that Movant may exercise the rights and remedies available to it with respect to the Properties under applicable non-bankruptcy law; it is further

**ORDERED** that the 14-day requirement under Rule 4001(a)(3), FED. R. BANKR. P. is waived.

[END OF ORDER]

Prepared and presented by:
THE ROTHBLOOM LAW FIRM
Counsel for Westside Bank
*/s/ Adam D. Herring*
ADAM D. HERRING
Georgia Bar No. 441119
31 Atlanta Street
Marietta, Georgia 30060
(770) 792-3636
(770) 792-3281 (fax)
adam@rothbloom.com

## Distribution List

Adam Herring
The Rothbloom Law Firm
31 Atlanta St.
Marietta, GA 30060

Paul Reece Marr, Esq.
300 Galleria Pkwy NW
Atlanta, GA 30339

Apex Locators, LLC
Edward Byron Slaughter
330 West Avenue
Cedartown, GA 30125

Martin P. Ochs
Office of the United States Trustee
362 Richard Russell Bldg.
75 Spring St. SW
Atlanta, GA 30303

Kevin Isgette
Westside Bank
56 Hiram Dr.
Hiram, GA 30141