

**IT IS ORDERED as set forth below:**

**Date: June 16, 2014**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 13-42906 |
| | : | |
| EDWARD BYRON SLAUGHTER, | : | CHAPTER: 11 |
| | : | |
| Debtor. | : | JUDGE: MARY GRACE DIEHL |
| _____ | : | |
| | : | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | CONTESTED MATTER |
| EDWARD BYRON SLAUGHTER , | : | |
| | : | |
| Respondents. | : | |
| _____ | : | |

ORDER GRANTING MOTION FOR RELIEF FROM STAY (#115)

The above styled Motion was called for hearing on June 11, 2014, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest.  There was no

opposition to the Motion and Movant asserts that the parties were properly served. Accordingly;

IT IS HEREBY ORDERED that the 11 USC §362(a) automatic stay is lifted for Movant herein, its successors and assigns, regarding the real property commonly known as 570 County Road 537 Unit 3, Centre, AL 35960.

FURTHER ORDERED that Movant, its successors and assigns, may assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, the collection of reasonable fees, and may assert any and all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law, shall be paid to the Debtor – in - possession for the benefit of the Estate.

FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

/s/ John D. Schlotter
John D. Schlotter, Bar No. GA 629456
Attorney for Movant
Aldridge Connors, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7506
Fax: (888) 873-6147
Email: jschlotter@aclawllp.com

DISTRIBUTION LIST

Edward Byron Slaughter
330 West Avenue
Cedartown, GA 30125

Paul Reese Marr
300 Galleria Parkway, N.W.
Suite 960
Atlanta, GA 30339

Martin P.Ochs
Office of the U.S. Trustee
362 Richard Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303