IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| EDWARD BYRON SLAUGHTER:, | : | Case No. 13-42906 |
| E. BYRON SLAUGHTER; | : | Case No. 13-42907 |
| APEX LOCATORS; | : | Case No. 13-42908 |
| CHAPEL HEIGHTS, LLC; | : | Case No. 13-42909 |
| ROLLING HILLS PLAZA, LLC; | : | Case No. 13-42910 |
| | : | Jointly Administered Under |
| Debtors. | : | Case No. 13-42906-mgd |

| | | |
|---|---|---|
| GREATER COMMUNITY BANK, | : | |
| f/d/b/a Greater Rome Bank, | : | |
| Movant, | : | |
| v. | : | |
| | : | CONTESTED MATTER |
| EDWARD BYRON SLAUGHTER, | : | |
| Debtor/Respondent. | : | |

ORDER GRANTING MOTION FOR RELIEF FROM STAY

This matter having come before the Court without hearing at 10:15 a.m. on July 2, 2014 during a scheduled hearing on the Motion for Relief from Stay (Doc. #129) filed by GREATER COMMUNITY BANK, f/d/b/a Greater Rome Bank (hereinafter "Greater Community"), seeking both relief from the automatic stay as it pertains to certain real property lying and being in Land Lots 104, 105, and 113 of the 17th District, 4th Section of Polk County, Georgia, and being approximately 45.69 acres located on Shiloh Road, Cedartown, Georgia 30125 (hereinafter "property") and a waiver of the stay provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure, and no appearance having been made by either Debtor or counsel for Debtor during the aforementioned hearing, and no response to the requested relief having been filed by any party,

IT IS HEREBY ORDERED that the Motion for Relief from Stay be, and is hereby,

GRANTED pursuant to 11 U.S.C. §362(d) so as to allow Greater Community to pursue its rights and remedies against the aforementioned property pursuant to the terms of its Note, Security Agreement, Security Deed, and applicable state law.

IT IS FURTHER ORDERED that the stay provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure be, and are hereby, waived.

IT IS FURTHER ORDERED that any excess proceeds realized by Greater Community from the foreclosure of the aforementioned property be reported to the Office of the United States Trustee, said excess being subject to any allowed exemptions.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on the parties indicated on the Distribution List attached hereto and incorporated herein by reference.

AND, IT IS SO ORDERED, this  2nd  day of July, 2014.

_____
HONORABLE MARY GRACE DIEHL
U.S. BANKRUPTCY COURT JUDGE

Prepared and presented by:

_____
Wendell S. Agee
Attorney for Movant
GA Bar No. 005558
Law Offices of Wendell S. Agee, P.C.
P.O. Box 2374
Buford, GA 30515-2374
(678) 714-3181
wsa2law@yahoo.com

Distribution List:

Wendell S. Agee
Law Offices of Wendell S. Agee, P.C.
P.O. Box 2374
Buford, GA 30515-2374

Edward Byron Slaughter
330 West Avenue
Cedartown, GA 30125

Paul Reece Marr, Esq.
Paul Reece Marr, P.C.
300 Galleria Parkway, N.W.
Suite 960
Atlanta, GA 30339

Martin O. Ochs, Esq.
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303