UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 – Judge Diehl |
| | : | |
| EDWARD BYRON SLAUGHTER, LLC, | : | CASE NO. 13-42906-MGD |
| E. BYRON SLAUGHTER, LLC; | : | CASE NO. 13-42907-MGD |
| APEX LOCATORS, LLC; | : | CASE NO. 13-42908-MGD |
| CHAPEL HEIGHTS, LLC; and | : | CASE NO. 13-42909-MGD |
| ROLLING HILLS PLAZA, LLC; | : | CASE NO. 13-42910-MGD |
| | : | |
| DEBTORS. | : | Jointly Administered Under |
| | : | Case No. 13-42906-MGD |

**UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS CASE
AND FOR STATUS CONFERENCE**

COMES NOW Guy G. Gebhardt, Acting United States Trustee for Region 21 ("United States Trustee"), pursuant to 28 U.S.C. § 586(a)(3) and 11 U.S.C. § 1112(b)(4)(J) and respectfully moves this Court: (i) to convert this Chapter 11 case to a case under Chapter 7 or, in the alternative, to dismiss this case and (ii) for a case status conference. In support of this motion, the United States Trustee shows the Court as follows:

1.      On October 5, 2013, Edward Byron Slaughter; E. Byron Slaughter, LLC; Apex Locators, LLC; Chapel Heights, LLC; and Rolling Hills Plaza, LLC filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia, Rome Division (collectively, the "Debtors").

2.      On October 7, 2013, the Debtors filed motions requesting that the Court jointly administer the Debtors' cases, pursuant to Federal Rule of Bankruptcy Procedure 1015(b). (Dkt. Entry No. 6).

3. Edward Byron Slaughter ("Mr. Slaughter") is the manager, sole member, and sole officer of the Debtors (Dkt. Entry No. 6).

4. On October 9, 2013, the Court granted Debtors' motions, and consolidated the cases for joint administration, with the case of Edward Byron Slaughter serving as the lead case (Dkt. Entry No. 9).

5. To date, the Debtors have not filed a plan or disclosure statement.

6. Pursuant to the Bankruptcy Code, a court shall convert or dismiss a chapter 11 petition for cause. 11 U.S.C. § 1112(b).

7. 11 U.S.C. § 1112(b), in pertinent part, provides as follows:

> [T]he court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, if the movant establishes cause . . .
>
> > (4) For purposes of this subsection, the term "cause" includes –
> >
> > > (J) failure to file a disclosure statement, or to file or confirm a plan, within the time fixed by this title or by order of the court.

8. Because the Debtors have failed to file a plan, it is not clear on what basis they can formulate a reasonable plan or demonstrate a reasonable likelihood of rehabilitation.

### REQUEST FOR STATUS CONFERENCE

9. After more than 640 days since filing for bankruptcy, the Debtors have failed to file a disclosure statement and file or confirm a plan. If the Debtors do not file a plan, the United States Trustee cannot determine whether the Debtors will, at any point, be able to support a plan.

10. The United States Trustee requests that the Court schedule a status conference in this case. A status conference is necessary for the United States Trustee, Debtor, and parties in the case to update the Court as to where matters stand pertaining to the Debtor's failure to file a plan and a disclosure statement.

WHEREFORE, the United States Trustee respectfully requests that this Court: (i) schedule a status conference in this case; (ii) convert this chapter 11 case to a chapter 7 case, or in the alternative, dismiss this case; and (iii) grant such other relief as is necessary and appropriate.

GUY G. GEBHARDT
ACTING UNITED STATES TRUSTEE, REGION 21

*s/ Martin P. Ochs*
MARTIN P. OCHS
NY Bar No. MO-1203
GA Bar No. 091608
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia  30303
(404) 331-4437
martin.p.ochs@usdoj.gov

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 – Judge Diehl |
| | : | |
| EDWARD BYRON SLAUGHTER, LLC, | : | CASE NO. 13-42906-MGD |
| E. BYRON SLAUGHTER, LLC; | : | CASE NO. 13-42907-MGD |
| APEX LOCATORS, LLC; | : | CASE NO. 13-42908-MGD |
| CHAPEL HEIGHTS, LLC; and | : | CASE NO. 13-42909-MGD |
| ROLLING HILLS PLAZA, LLC; | : | CASE NO. 13-42910-MGD |
| | : | |
| DEBTORS. | : | Jointly Administered Under |
| | : | Case No. 13-42906-MGD |

**NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS CASE AND FOR STATUS CONFERENCE**

**PLEASE TAKE NOTICE** that the United States Trustee has filed a Motion to Convert or Dismiss and for Status Conference the debtor's bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the United States Trustee's Motion to Convert or Dismiss Case and for Status Conference at **9:25 a.m., on August 19, 2015,  in Courtroom 342, United States Bankruptcy Court, 600 East First Street, Rome, Georgia 30161.**

Your rights may be affected by the court's ruling on this motion.  You should read this motion carefully and discuss it with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in this motion or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the motion with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is: **Clerk, Room 339,**

**Federal Building, 600 East First Street, Rome, Georgia  30161-3187**. You must also mail a copy of your response to the undersigned.

Dated:  July 9, 2015

                                            s/ Martin P. Ochs
Martin P. Ochs
Trial Attorney
N.Y. Bar No. MO-1203
Georgia Bar No. 091608
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street
Atlanta, Georgia 30303
Tel: (404) 331-4437
E-mail: martin.p.ochs@usdoj.gov.

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 9, 2015, I served a copy of this Notice of Hearing and Motion to Convert Chapter 11 case to Chapter 7, or in the alternative to dismiss this case, and for Status Conference, by United States Mail, with adequate postage to ensure delivery to:

| | | |
|---|---|---|
| 1000 North Main Street, LLC<br>330 West Avenue<br>Suite 101<br>Cedartown, GA 30125-3469 | 2010-1 CRE Venture, LLC<br>Attn: Manager<br>2450 Broadway, 6th Floor<br>Santa Monica, CA 90404-3570 | 2010-1 CRE Venture, LLC<br>David W. Cranshaw, Esq.<br>Morris, Manning & Martin, LLP<br>3343 Peachtree Road, NE<br>1600 Atlanta Financial Center<br>Atlanta, GA 30326 |
| Apex Locators, LLC<br>330 West Avenue<br>Cedartown, GA 30125-3469 | Bank of the Ozarks<br>Ron C Bingham II Esq.<br>Stites & Harbison PLLC<br>303 Peachtree St NE<br>2800 SunTrust Plaza<br>Atlanta GA 30308 | Bank of the Ozarks<br>Suzanne Cole, Portfolio Mngr.<br>PO Box 1670<br>Dallas, GA 30132-0029 |
| Cedartown North P'ship LLC<br>330 West Avenue<br>Suite 101<br>Cedartown, GA 30125-3469 | Chapel Heights, LLC<br>330 West Avenue<br>Suite 101<br>Cedartown, GA 30125-3469 | Chase<br>PO Box 9001871<br>Louisville, KY 40290-1871 |
| Cherokee County Alabama<br>Revenue Commissioner<br>260 Cedar Bluff Road;<br>Suite 10<br>Centre, AL 35960-1428 | Citizens First Bank<br>Attn: Steven D. White, V.P.<br>PO Box 1613<br>Rome, GA 30162-1613 | Citizens First Bank<br>Thomas D Richardson Esq.<br>Brinson, Askew, Berry et al<br>615 West First St<br>PO Box 5007<br>Rome GA 30162-5007 |
| City of Cedartown<br>Attn: Amy Orebaugh<br>PO Box 65<br>Cedartown, GA 30125-0065 | CRE/ADC Venture 2012-1, LLC<br>David W Cranshaw, Esq.<br>Morris Manning & Martin LLP<br>3343 Peachtree Rd NE<br>1600 Atlanta Financial Center<br>Atlanta GA 30326 | Dorothy C. Wood<br>Polk County Tax Commissioner<br>144 West Avenue,<br>Suite A<br>Cedartown, GA 30125-3457 |

| | | |
|---|---|---|
| E. Byron Slaughter, LLC<br>330 West Avenue<br>Suite 101<br>Cedartown, GA 30125-3469 | Edward Byron Slaughter<br>330 West Avenue<br>Cedartown, GA 30125-3469 | Fidelity Bank<br>Stephen H. Brolly, CFO<br>3490 Piedmont Rd NE;<br>Ste 1550<br>Norcross, GA 30092 |
| First Southern State Bank<br>Jed Lockridge, V.P.<br>201 West Main Street<br>Centre, AL 35960-1325 | Floyd County Tax Commissioner<br>Kevin Payne<br>PO Box 26<br>Rome, GA 30162-0026 | Generations Bank<br>Dick Lee, Chief Credit Officer<br>925 Sharit Avenue,<br>Suite 213<br>Gardendale, AL 35071-5001 |
| Generations Bank<br>c/o Kelly E. Waits<br>Burr & Forman, LLP<br>Suite 1100, 171 Seventeenth St NW<br>Atlanta, GA 30363-1029 | Greater Community Bank<br>f/d/b/a Greater Rome Bank<br>P.O. Box 529<br>Rome, Georgia 30162-0529 | Greater Rome Bank<br>Attn: David Anthony<br>1490 Martha Berry Blvd.<br>Rome, GA 30165-1618 |
| Greater Rome Bank<br>Attn: Jeanne McDonough<br>1490 Martha Berry Blvd.<br>Rome, GA 30165-1618 | Greater Rome Bank<br>Law Offices of Wendell S Agee PC<br>PO Box 2374<br>Buford GA 30515-9374 | Hamilton Bank<br>Melanie Wisener<br>6157 Fairburn Rd<br>Douglasville, GA 30134-1929 |
| Hamilton State Bank<br>5350 McEver Road,<br>Suite G<br>Flowery Branch, GA 30542-2844 | Hope Huggins<br>1015 Ninth Street, Northwest<br>Arab, AL 35016-1923 | Hope N Johnson Huggins<br>J Andrew Owens/Magruder & Sumner<br>PO Box 5187<br>701 Broad St Suite 300<br>Rome GA 30161-3196 |
| IRS<br>PO Box 7346<br>Philadelphia, Pa 19101-7346 | Jose Melito Luna<br>455 Pinewood Drive<br>Centre, AL 35960-2666 | JPMorgan Chase Bank, NA<br>Chase Records Center<br>Attn: Correspondence<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203 |

JPMorgan Chase Bank, NA
c/o Aldridge Pite, LLP
Aldridge Connors LLP
Fifteen Piedmont Center
3575 Piedmont Rd NE,
Ste 500
Atlanta GA 30305-1636

King Cole Condominium Assoc.
900 Bay Drive
Miami Beach, FL 33141-5670

Mark Sullins
309 Wooten Road
Cedartown, GA 30125-5489
Atlanta, GA 30363

Miami-Dade Co Tax Collector
Miami-Dade Co Paralegal Unit
200 NW 2nd Avenue, Suite 430
Miami FL 33128-1735

Paul Reece Marr
Paul Reece Marr, P.C.
300 Galleria Parkway, N.W.
Suite 960
Atlanta, GA 30339

Peoples Bank of Alabama
c/o Kelly E. Waits, Esq.
Burr & Forman LLP
171 17th St. NW,
Suite 1100
Atlanta, Georgia 30363-1029

Peoples Independent Bank
5690 US Highway 278 East
Gadsden, AL 35903-7205

Peoples Independent Bank, a
corporation
c/o David Lee Jones
P.O. Box 940
Guntersville, AL 35976-0940

PNC Bank, N.A.
Attn: Colby Cleavenger
75 Fifth Street NW,
Suite 900
Atlanta, GA 30308-1018

PNC Bank, NA successor to
RBC Bank (USA)
c/o Ron C. Bingham, II, Esq.
Stites & Harbison, PLLC
303 Peachtree Street, NE
2800 Suntrust Plaza
Atlanta, Georgia 30308

PNC Mortgage
Bankruptcy Department
3232 Newmark Drive
Miamisburg, OH 45342-5421

PNC Mortgage
McCalla Raymer LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell GA 30076-2102

Quantum Servicing
Jose Almonte-Commercial
Assets
730 NW 107th Ave;
Ste 310
Miami, FL 33172-3109

Regions Financial Corporation
Sheila McCrary, Special Assets
1900 5th Ave N-26th Floor
Birmingham, AL 35203-2610

Rialto Capital
Attn: Andrew Bezila
750 Hammond Dr;
Bldg 6 Ste 300
Atlanta, GA 30328-5532

Rialto Capital Management, LLC
c/o Martha Miller
Schulten Ward & Turner LLP
260 Peachtree St NW,
Ste 2700
Atlanta GA 30303-1240

Rolling Hills Plaza, LLC
330 West Avenue
Suite 101
Cedartown, GA 30125-3469

RREF ST Acquisitions, LLC
c/o Martha A. Miller
Schulten Ward & Turner, LLP
260 Peachtree Street NW
Suite 2700
Atlanta, GA 30303-1240

S. Gregory Hays, Receiver
Hays Financial Consulting, LLC
3343 Peachtree Road,
Suite 200
Atlanta, GA 30326-1420

State Bank and Trust Company
ATTN: Collections Department
P.O. Box 4748
Macon, GA 31208-4748

State Bank and Trust
J. Ross Mynatt, Special Assets
3399 Peachtree Rd NE; Ste 2050
Atlanta, GA 30326-2814

Stonegate, LLC
330 West Avenue
Suite 101
Cedartown, GA 30125-3469

Suzann Jaskow
Keller Williams MB
1680 Meridian Avenue
Ste 100
Miami, FL 33139-2703

WestSide Bank
Kevin Isgette, Senior V.P.
56 Hiram Drive
Hiram, GA 30141-1834

Westside Bank
c/o Adam D. Herring
The Rothbloom Law Firm
31 Atlanta St
Marietta GA 30060-1935

*s/ Martin P. Ochs*
Martin P. Ochs