

**IT IS ORDERED as set forth below:**

**Date: January 27, 2016**

_____

**Mary Grace Diehl**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| IN RE: | : | CHAPTER 11 – Judge Diehl |
|---|---|---|
| | : | |
| EDWARD BYRON SLAUGHTER, LLC, | : | CASE NO. 13-42906-MGD |
| E. BYRON SLAUGHTER, LLC; | : | CASE NO. 13-42907-MGD |
| APEX LOCATORS, LLC; | : | CASE NO. 13-42908-MGD |
| CHAPEL HEIGHTS, LLC; and | : | CASE NO. 13-42909-MGD |
| ROLLING HILLS PLAZA, LLC; | : | CASE NO. 13-42910-MGD |
| | : | |
| DEBTORS. | : | Jointly Administered Under |
| | : | Case No. 13-42906-MGD |

**ORDER DISMISSING CHAPTER 11 CASE OF**
**CHAPEL HEIGHTS, LLC, ON CONSENT**

This case came before the court on various dates including, most recently, January 14, 2016, for hearing on the United States Trustee's Motion to Dismiss Chapter 11 Cases [Docket No. 321] (the "Motion"). Martin P. Ochs, Esq., appeared on behalf of the United States Trustee and Paul Marr appeared on behalf of the debtor, together with Edward Byron Slaughter, the managing member of the debtors. The Debtor, Chapel Heights, LLC, consented to the Motion.

Having considered the Motion and being advised that the debtor, Chapel Heights,LLC, consents to the Motion, it is hereby

ORDERED AND ADJUDGED that the Motion is granted, and the Chapter 11 case of Chapel Heights, LLC, is dismissed.

**END OF DOCUMENT**

Prepared by:

> GUY G. GEBHARDT
> ACTING UNITED STATES TRUSTEE, REGION 21
>
> *s/ Martin P. Ochs*
> MARTIN P. OCHS
> NY Bar No. MO-1203
> GA Bar No. 091608
> United States Department of Justice
> Office of the United States Trustee
> 362 Richard B. Russell Building
> 75 Spring Street, S.W.
> Atlanta, Georgia  30303
> (404) 331-4437
> martin.p.ochs@usdoj.gov

Entry of this Order is Hereby Consented to:

PAUL REECE MARR, P.C.
 Attorneys for the Debtor

/s/ Paul Reece Marr
Paul Reece Marr
GA Bar # 471230
300 Galleria Pkwy; #960
Atlanta, Georgia 30339
(770) 984-2255
paul@paulmarr.com

**DISTRIBUTION LIST**

MARTIN P. OCHS
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia  30303

Jeffrey D. Bunch
Michael C. Famiglietti
142 S. Park Sq.
Marietta, GA 30060

Georgia Department of Behavioral Health &
 Developmental Disabilities
Two Peachtree Street, N.W.
24th Floor
Atlanta, Georgia  30303

ALL PARTIES LISTED ON THE DEBTOR'S MAILING MATRIX