## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EDWARD BYRON SLAUGHTER; | : | Case No. 13-42906 |
| E. BYRON SLAUGHTER, LLC; | : | Case No. 13-42907 |
| APEX LOCATORS, LLC; | : | Case No. 13-42908 |
| CHAPEL HEIGHTS, LLC; and | : | Case No. 13-42909 |
| ROLLING HILLS PLAZA, LLC, | : | Case No. 13-42910 |
| | : | |
| Debtors. | : | Jointly Administered Under |
| | | Case No. 13-42906BEM |

### APEX BANK'S RESPONSE IN OPPOSITION TO REORGANIZED DEBTOR'S MOTION TO REOPEN CASE AND REQUEST FOR HEARING

Comes now Apex Bank, a secured creditor of E. Byron Slaughter, LLC, the Reorganized Debtor, and files this Response in Opposition to Reorganized Debtor's Motion to Reopen Case and Request for Hearing, requesting that before the Court rules on Reorganized Debtor's Motion to Reopen Case, a hearing be scheduled giving Apex Bank an opportunity to be heard on Reorganized Debtor's Motion to Reopen Case.

Wherefore, Apex Bank prays that Debtor's Motion to Reopen Case be denied, or in the alternative, that Apex Bank have an opportunity to appear before the Court in opposition to Debtor's Motion to Reopen Case.

BRINSON, ASKEW, BERRY,
SEIGLER, RICHARDSON & DAVIS, LLP

BY: _____
THOMAS D. RICHARDSON
Georgia Bar No. 604313
Attorney for Apex Bank

P. O. Box 5007
Rome, GA 30162-5007
(706) 291-8853
trichardson@brinson-askew.com

414918.1

## CERTIFICATE OF SERVICE

I, THOMAS D. RICHARDSON, certify that I am over the age of 18 and that I have this day served a copy of the within and foregoing **Apex Bank's Response in Opposition to Reorganized Debtor's Motion to Reopen Case and Request for Hearing** by first class U. S. Mail, with adequate postage pre-paid on the following persons or entities at the addresses stated:

E. Byron Slaughter, LLC
P.O. Box 858
Rockmart, GA 30153

J. Nevin Smith, Esquire
Smith Conerly LLP
402 Newnan Street
Carrollton, GA 30117

Martin P. Ochs, Esquire
Office of the U.S. Trustee
362 Richard Russell Bldg.
75 Ted Turner Dr., SW
Atlanta, GA 30303

This 23 day of July, 2019.

BRINSON, ASKEW, BERRY
SEIGLER, RICHARDSON & DAVIS, LLP

_____
THOMAS D. RICHARDSON
Georgia Bar No. 604313
Attorneys for Apex Bank

P. O. Box 5007
Rome, GA 30162-5007
(706) 291-8853
(706) 234-3574 (fax)
trichardson@brinson-askew.com

414918.1