**IT IS ORDERED as set forth below:**



**Date: August 12, 2019**

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

IN RE:

EDWARD BYRON SLAUGHTER et al.,

Debtors.

CASE NO. 13-42906-BEM

CHAPTER 11

### ORDER AND NOTICE OF HEARING

IT IS ORDERED and NOTICE IS HEREBY GIVEN that a hearing on E. Byron Slaughter, LLC's *Motion to Reopen Case* [Doc. 526] and Apex Bank's response thereto [Doc. 528] shall be held on **September 4, 2019, at 9:25 PM, ROOM 342**, UNITED STATES COURTHOUSE, 600 EAST FIRST STREET, ROME, GEORGIA.

**END OF ORDER**

**Distribution List**

Thomas D. Richardson
Brinson, Askew, Berry, et al
P. O. Box 5007
Rome, GA 30162-5007

J. Nevin Smith
Smith Conerly LLP
402 Newnan Street
Carrollton, GA 30117

Paul Reece Marr
Paul Reece Marr, P.C.
300 Galleria Parkway, N.W.
Suite 960
Atlanta, GA 30339

E. Byron Slaughter, LLC
P.O. Box 858
Rockmart, GA 30153

Martin P. Ochs
Office of the U. S. Trustee
362 Richard Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303